UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| TRIANGLE CONSTRUCTION & RESTORATION | 08-02876-8-JRL |
| DEBTOR | CHAPTER 7 |

### REPORT ON SMALL DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.    That checks were issued to certain creditors in payment of dividends due in the distribution of the estate and that the following check(s) were for an amount less than $5.00:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Waste Industries<br>c/o RMS Bankruptcy Recovery Services<br>P. O. Box 5126<br>Timonium, MD 21094 | $ 4.94 |

2. That pursuant to Bankruptcy Rule 3010(a) the undersigned trustee herewith submits said funds in the total amount of $4.94 to the Court.

Dated:  March 15, 2010

POYNER SPRUILL LLP

By:   S/  David M. Warren
David M. Warren
N.C. State Bar No. 12581
Attorneys for Trustee
Post Office Box 1801
Raleigh, NC  28602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the

Report on Small Dividend

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
P. O. Drawer 3758
Wilson, NC  27895

Waste Industries
c/o RMS Bankruptcy Recovery Services
P. O. Box 5126
Timonium, MD  21094

Dated:  March 15, 2010

POYNER SPRUILL LLP

By:  S/  David M. Warren
David M. Warren
N.C. State Bar No. 12581
Attorneys for Trustee
Post Office Box 1801
Raleigh, NC  28602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075